UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERIBERTO PONCE & ALMA PONCE,

      Plaintiffs,

   v.

WELLS FARGO, SPECIALIZED LOAN SERVICING, LLC, CARVAL INVESTORS, RESIDENTIAL INVESTMENTS, LLC, AMERICAN RESIDENTIAL REALTY, and DOES 1 through 100, inclusive,

      Defendants.

NO. CIV. S-13-0498 LKK/DAD PS

<u>O R D E R</u>

    Plaintiffs having filed an as-of-right Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i):

    1.   The Order to Show Cause (ECF No. 22), is DISCHARGED; and

    2.   The case is DISMISSED without prejudice.

    IT IS SO ORDERED.

    DATED: July 8, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT